THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SERGIO GREGORIO SANCHEZ, | CASE NO. C19-0282-JCC |
| Plaintiff, | ORDER |
| v. | |
| OFFICER SMITH, | |
| Defendant. | |

This matter comes before the Court on the report and recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge (Dkt. No. 21). Having thoroughly considered the report and recommendation and the relevant record, the Court hereby ORDERS that:

1. The report and recommendation (Dkt. No. 21) is APPROVED and ADOPTED;
2. Defendant's motion for summary judgment (Dkt. No. 15) is GRANTED;
3. Plaintiff's complaint (Dkt. No. 5) is DISMISSED without prejudice based on Plaintiff's failure to comply with the exhaustion requirement of 42 U.S.C. § 1997e(a); and
4. The Clerk is DIRECTED to send copies of this order to Plaintiff, Defendant's counsel, and Judge Theiler.

//

//

//

1     DATED this 5th day of November 2019.

                                              John C. Coughenour
                                              UNITED STATES DISTRICT JUDGE